UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LEONEL IVAN ALMONTE GUZMAN,                                            :
                                                                       :
                            Plaintiff,                                 :
                                                                       :          25 Civ. 9967 (JPC)
              -v-                                                       :
                                                                       :          ORDER
FEDEX CORPORATION, *et al.*,                                           :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' December 9, 2025 letter reporting that all parties consent to remanding this case to state court and requesting that this Court enter an order of remand. Dkt. 4. The Court construes Defendants' letter as a motion for remand and grants the motion. This matter is hereby remanded to the Supreme Court of the State of New York, County of New York.

The Clerk of Court is respectfully directed to close this case and to effectuate the remand to the Supreme Court of New York for New York County.

SO ORDERED.

Dated: December 10, 2025
       New York, New York                           _____
                                                            JOHN P. CRONAN
                                                       United States District Judge